[No. 3549-2-III. Division Three. March 3, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LYNN KOLLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 79-1-00304-3, John J. Lally, J., entered July 30, 1979. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 3564-6-III. Division Three. March 3, 1981.]

HARTWIG FARMS, INC., ET AL, *Plaintiffs*, v. PACIFIC GAMBLE ROBINSON CO., *Respondent*, TOBIASON POTATO COMPANY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 12487, Gordon Swyter, J., entered July 11, 1979. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 4277-II. Division Two. March 5, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. PAT DUVALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 54769, William L. Brown, Jr., J., entered August 13, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.